# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| **v.** | } Case No.: 2:14-CR-267-RDP-JHE |
| **GERALD R. SHEPARD,** | } |
| **Defendant.** | } |

## ORDER

This case is before the court on the United States' Motion to Dismiss Without Prejudice, (Doc. # 19), filed January 27, 2015.

Defendant entered a plea of guilty to an Information before this court in USDC Case Number, 2:14-CR-422-RDP-JHE on January 23, 2015. Pursuant to Defendant's guilty plea, and by agreement of the parties, the United States has agreed to dismiss the instant case.

Based on the foregoing, the motion to dismiss is **GRANTED**. The Indictment in the instant case as to Defendant Gerald R. Shepard is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **TERMINATE** this case.

**DONE** and **ORDERED** this February 2, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE